IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MERLE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:10-cv-153 |
| vs. | ) |
| | ) |
| BWC EXCAVATING L.C., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Merle Price and Defendant BWC Excavating L.C. and hereby stipulate to dismiss all claims with prejudice.

/s/ Matt Reilly
Matt J. Reilly         AT0006541
EELLS & TRONVOLD LAW OFFICES, P.L.C.
1921 51st Street N.E.
Cedar Rapids, Iowa 52402
Facsimile: 319/393.4000
Matt@eells-tronvold.com

/s/Wilford H. Stone
Wilford H. Stone, At0007699
Ryan M. Sawyer, AT0009305
of
LYNCH DALLAS, P.C.
526 Second Avenue SE
P.O. Box 2457
Cedar Rapids, Iowa 52406-2457
Telephone: 319.365.9101
Facsimile: 319.866.9721
E-Mail: wstone@lynchdallas.com
rsawyer@lynchdallas.com